**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.

KATHLEEN LINDFORS, and
MARK LINDFORS,

      Plaintiffs,

v.

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA,

      Defendant.

---

**DEFENDANT NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA'S
NOTICE OF REMOVAL**

---

**TO:**    David Roth, Esq.
        Jennifer A. Milne, Esq.
        Speights and Worrich, LLC
        2149 South Holly Street, Suite 105
        Denver, Colorado 80222

        District Court, County of Douglas, State of Colorado
        4000 Justice Way
        Castle Rock, Colorado 80109

**PLEASE TAKE NOTICE** that Defendant Nationwide Affinity Insurance Company of America ("Nationwide"), a corporation incorporated in Ohio with its principal place of business in Ohio, removes this action from the Douglas County District Court and gives notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

    1.    The above action was filed in the District Court in Douglas County, Case No. 2018CV30696, and is now pending in that Court. *See* Complaint, attached as **Exhibit A**. Service of Process, including a Summons, Civil Cover Sheet, and Complaint, were served on Nationwide on August 7, 2018. *See* Summons; attached as **Exhibit B**; Civil Cover Sheet, attached as **Exhibit C**; Return of Service, attached as

**Exhibit D**.  This Notice of Removal is filed within thirty days after Nationwide's receipt of a paper from which it was first ascertained that the case is removable.  *See* 28 U.S.C. § 1446(b)(3).

2.      This is a civil action involving an amount in controversy exceeding $75,000, exclusive of interests and costs, between parties of diverse citizenship, and for which this Court has original jurisdiction under 28 U.S.C. § 1332.

3.      "For purposes of federal jurisdiction, an individual's state citizenship is equivalent to domicile.  To establish domicile in a particular state, a person must be physically present in the state and intend to remain there."  *Smith v. Cummings*, 445 F.3d 1254, 1259-60 (10th Cir. 2006).  Plaintiffs Kathleen Lindfors and Mark Lindfors are citizens of the State of Colorado.  *See* Exhibit A at p. 1 ¶ 1.

4.      For diversity purposes, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business."  28 U.S.C. § 1332(c)(1).  Defendant Nationwide is a citizen of the State of Ohio, with its principal place of business in Ohio.  *See* Colorado Secretary of State Certification and Report, attached as **Exhibit E**.  No change of citizenship of the parties has occurred since the commencement of this action.  Thus, under 28 U.S.C. § 1332(a), there is complete diversity of citizenship between Plaintiffs and Nationwide.

5.      In this lawsuit, Plaintiffs seek economic and non-economic damages for alleged hail damage to their property on June 6, 2016.  *See* Exhibit A at p. 2 ¶ 7. Plaintiffs' Complaint against Defendant asserts three claims for relief: (1) breach of contract, (2) bad faith breach of contract, and (3) violation of Colo. Rev. Stat. §§ 10-3-1115 and 10-3-1116.  According to the Complaint, Plaintiffs seek alleged contract damages, as well as damages of double that amount under Colo. Rev. Stat. § 10-3-

1116, attorneys' fees and court costs under Colo. Rev. Stat. § 10-3-1116, and damages for common law bad faith. *See* Exhibit A.  These amounts are in excess of $75,000. *See Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995) ("the amount in controversy is ordinarily determined by the allegations in the complaint, or, where they are not dispositive, by the allegations in the notice of removal").

6.      In addition to the Complaint, a defendant may rely on other documentation for the basis of jurisdiction. *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008). Here, the Civil Cover Sheet that Plaintiffs served on Nationwide on August 7, 2018 indicates that they seek a monetary judgment over $100,000 in this case.  *See* Exhibit C.  The Civil Cover Sheet is considered an "other paper" under §1446(b)(3), which can be considered as support for a removal notice regarding the amount in controversy. *See Paros Props., LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) (concluding that a civil cover sheet filed in Colorado state court with complaint against insurer was an "other paper" that provided defendant with adequate notice that the case was removable on diversity grounds).

7.      Nationwide is entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C. §§ 1332 and 1446.

8.      Pursuant to D.C.COLO.LCivR 81.1, copies of all pleadings and orders are attached and filed with this notice.  They are as follows:

- Complaint filed on July 30, 2018, referenced above and attached as Exhibit A;

- Summons filed on July 30, 2018, referenced above and attached as Exhibit B;

- Civil Case Cover Sheet filed on July 30, 2018, referenced above and attached as Exhibit C;

- Delay Reduction Order filed on July 31, 2018, attached as **Exhibit F**;

- Return of Service filed on August 8, 2018, referenced above and attached as Exhibit D;

- Entries of Appearance of John M. Palmeri and Katelyn S. Werner for Nationwide filed on August 9, 2018, attached as **Exhibit G**.

- In addition, the Register of Actions is attached as **Exhibit H**.

9.      Further, Nationwide states that no hearings have been set in the state court action, and no motions are currently pending in the state court action.

10.     Pursuant to D.C.COLO.LCivR 3.1, a Supplemental Cover Sheet for Notices of Removal is being filed contemporaneously with this Notice of Removal.

11.     Pursuant to 28 U.S.C. § 1446(a), this pleading is being signed under Fed. R. Civ. P. 11.

Dated this 28th day of August, 2018.

GORDON REES
SCULLY MANSUKHANI, LLP

/s/*Katelyn S. Werner*
John M. Palmeri, No. 14252
Katelyn S. Werner, No. 41253
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
jpalmeri@grsm.com
kwerner@grsm.com

*Attorneys for Defendant Nationwide Affinity Insurance Company of America*